FILED
CLERK, U.S. DISTRICT COURT

MAY 30 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS RICHARD FONTAINE,<br><br>    Petitioner,<br><br>v.<br><br>DOMINGO URIBE, JR., Warden,<br><br>    Respondent. | No. CV 09-6603 ODW (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  Petitioner has not filed any written Objections to the Report.  The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

   IT THEREFORE IS ORDERED that Judgment be entered dismissing the Petition on the merits with prejudice.

DATED: 5-30-2012

                                                            /s/ Otis D. Wright
                                                            OTIS D. WRIGHT
                                                            United States District Judge