FILED
CLERK, U.S. DISTRICT COURT

MAY 30 2012

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS RICHARD FONTAINE, | No. CV 09-6603 ODW (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| DOMINGO URIBE, JR., Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: 5-30-2012

_____
OTIS D. WRIGHT
United States District Judge